**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Faysal N., | Case No. 25-cv-4641 (JMB/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| Kristi Noem, U.S. Department of Homeland Security, Department of Homeland Security, in her official capacity; Pamela Bondi, Attorney General of the United States, Department of Justice, in her official capacity; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement, Immigration and Customs Enforcement, in his official capacity; Peter Berg, Field Office Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement, in his official capacity; and Eric Tollefson, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the amended petition for a writ of habeas corpus of petitioner Faysal N. by no later than December 30, 2025, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

1

a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the amened petition;

b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to respondents' answer, he must do so within seven days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: December 18, 2025         _s/Douglas L. Micko_____
                                 Douglas L. Micko
                                 United States Magistrate Judge