# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Faysal Mohamud Nuur, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 25-cv-4641 JMB/DLM |
| Kristi Noem, Pamela Bondi, Todd M. Lyons, Peter Berg, Eric Tollefson, | |
| Respondents. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ORDERED to release Petitioner Faysal N. from custody immediately, subject to and in accordance with the conditions in his preexisting Order of Supervision dated March 4, 2011.

2. On or before 11:00 a.m. CT on January 9, 2026, counsel for Respondents is ORDERED to provide a declaration pursuant to 28 U.S.C. § 1746 affirming that Petitioner was released from custody in accordance with this Order.

3. To the extent the Amended Petition seeks a "temporary order prohibiting the Respondents from transferring Petitioner from the district without the court's approval," the request is DENIED.

4. As to other forms of relief requested, Faysal N. may move separately within 30 days of final judgment in this action to recover attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Date: 1/6/2026                                                                                    KATE M. FOGARTY, CLERK